IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ O.C.
05 JUN 20 AM 10: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

No. 03-20169

LERMEDEYO MALONE,

    Defendant.

---

ORDER ON MOTION FOR CONTINUANCE

---

    Before this Honorable Court is Defendant's Motion for Continuance. It appearing to this Court that counsel's Motion is well taken;

    IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request to continue the sentencing date is granted and will be continued.

    Entered this the __17th__ day of __June__, 2005.

_____
Honorable J. Breen
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-20-05

545

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 545 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Paula Skahan
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT