FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV -8 AM 8: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA, *

    Plaintiff, *

vs.      *    No. 03-20169-B

LERMEDEYO MALONE, *

    Defendant. *

     *

## ORDER RELEASING GRAND JURY INFORMATION TO DEFENDANT, DEFENSE COUNSEL THE PROBATION OFFICER AND THE COURT FOR USE AT SENTENCING

It is hereby ORDERED that the Government's Motion for permission to disclose, under the conditions described below, the transcript of the testimony before the grand jury of defendant LERMEDEYO MALONE, is hereby GRANTED, and said transcript may be disclosed as follows:

    a.     The defendant and his counsel will be provided a copy of the transcript of that defendant's testimony before the grand jury before sentencing.

    b.     The Probation Officer assigned to this matter will be provided with a copy of the transcript of the grand jury testimony of the above-named defendant before sentencing for use in connection with the sentencing of the testifying defendant.

    c.     The Government will file under seal a copy of the transcript of the grand jury testimony of the above-named defendant, for the Court's consideration in sentencing and in connection with any departure motion.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-8-05

DONE at Memphis, Tennessee, this 8th day of Nov, 2005.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 597 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Paula Skahan
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT