IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 28 PM 4: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

No. 03-20169
92-20132

LERMEDEYO MALONE,

    Defendant

---

ORDER GRANTING DEFENDANT'S MOTION REQUESTING EXTENSION OF TIME TO SURRENDER

---

Before this Honorable Court is Defendant Lermedeyo Malone's Motion Requesting Extension of Time to Surrender currently scheduled for January 9, 2006 until some time after January 19, 2006.

    IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted with no opposition from the Government.

    Entered this the 28th day of _December_, 2005.

                            JUDGE DANIEL BREEN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 623 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT